IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **VONTELLA JOHNSON,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )   CA 15-0092-CG-C |
| | ) |
| **FOSTER POULTRY FARMS, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 26, 2015 is **ADOPTED** as the opinion of this Court.  Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and abide by this Court's order dated June 10, 2015.

    **DONE and ORDERED** this 14th day of July, 2015.

                                            /s/   Callie V. S. Granade
                                            UNITED STATES DISTRICT JUDGE